ROBERT WIGDER v. MAYOR (PRESIDENT) AND BOARD OF TRUSTEES OF TOWNSHIP OF SOUTH ORANGE VILLAGE.

June 8, 1983.

Petition for certification denied.

FIDELITY UNION BANK, NATIONAL ASSOCIATION v. WILLIAM M. LANZARO, SHERIFF OF MONMOUTH COUNTY.

June 8, 1983.

Petition for certification denied.

ARLENE MACALLISTER v. WALTER MACALLISTER.

June 8, 1983.

The petition for certification is granted and summarily remanded to the Appellate Division for reconsideration in the light of *Portner v. Portner,* 93 *N.J.* 215 (1983). Jurisdiction is not retained.

STATE OF NEW JERSEY v. AKBAR SALADINE WATSON.

June 8, 1983.

Petition for certification denied.